# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JENNIFER DOE, personally and as the parent and authorized representative of her Minor Child, and MINOR CHILD,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES CENTER FOR SAFESPORT, INC., USA SWIMMING, INC., JENNIFER ZAMIRA, and UNIVERSITY PLACE SCHOOL DISTRICT,<br><br>Defendants. | Cause No 3:23-cv-06067-BHS<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS**<br><br>**Noting Date: May 6, 2025** |

BEFORE THE COURT come Plaintiffs Jennifer Doe and Minor Child, and Defendants Jennifer Zamira and University Place School District, by and through their counsels of record, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, advising the Court that the Parties stipulate and agree to the dismissal of the above action

Good cause appearing, the Court hereby GRANTS the stipulated motion.

IT IS HEREBY ORDERED THAT the remainder of this matter is dismissed with prejudice, and without costs, expenses, or fees.

IT IS SO ORDERED

DATED this 8th day of May 2025.

By: _____
The Honorable Benjamin H. Settle
United States District Judge

PROPOSED ORDER GRANTING STIPULATED
MOTION TO DISMISS - Page 1
(Case No. 3:23-cv-06067-BHS)